| | |
|---|---|
| KENTON SMALLWOOD, CATHERINE CHRISTENSEN, RAHSAAN RENFORD, and BERTHIL IVARSON, individually and on behalf of the Class, and others similarly situated,<br><br>   Plaintiffs,<br><br> vs.<br><br>ILLINOIS BELL TELEPHONE COMPANY,<br><br>   Defendant. | CASE NO. 1:09-CV-4072<br><br><br>District Judge Sharon Johnson Coleman<br><br>Magistrate Judge Morton Denlow |

**JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF THE SETTLEMENT CLASS**

Plaintiffs Kenton Smallwood, Catherine Christensen, Rahsaan Renford, and Berthil Ivarson, on behalf of themselves and other Opt-In Plaintiffs (collectively, "Plaintiffs") and on behalf of the Rule 23 Settlement Class, and Defendant Illinois Bell Telephone Company ("Defendant" or "Illinois Bell"), respectfully request that this Court grant their motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class. In support of this Motion, the parties submit a memorandum of law and supporting evidentiary materials.

WHEREFORE, Plaintiffs and Defendant request an Order:

A. granting preliminary approval of the Joint Stipulation of Settlement;

B. provisionally certifying the proposed settlement class of Outside Plant Engineers pursuant to Rule 23(e) of the Federal Rules of Civil Procedure in connection with the settlement process;

C. appointing Nichols Kaster, PLLP as Class Counsel for the Rule 23 Class Members and the Named Plaintiffs as Class Representatives;

D. approving the Parties' proposed notice of settlement;

E. approving the proposed class action settlement procedure;

F. approving the FLSA settlement;

G. setting a date for Plaintiffs to file a motion for final settlement approval and a petition for an award of attorneys' fees and costs; and

H. scheduling the Fairness Hearing.

Dated: November 18, 2010

Respectfully submitted,

By: /s/ Timothy C. Selander
Paul J. Lukas, MN Bar No. 22084X
Matthew H. Morgan, MN Bar No. 304657
Timothy C. Selander, MN Bar No. 0387016
**NICHOLS KASTER, PLLP**
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870

**WERMAN LAW OFFICE**
Douglas M. Werman
Werman Law Office
77 West Washington, Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008

**Attorneys for Plaintiffs, others similarly situated, and the Putative Class**

By: */s/ Kenneth W. Gage*
Kenneth W. Gage, IL Bar No. 6291335
**PAUL, HASTINGS, JANOFSKY & WALKER LLP**
191 North Wacker Drive, 30th Floor
Chicago, Illinois 60606

Stephen B. Mead
Senior Attorney
AT&T Services, Inc.
225 West Randolph Street
Chicago, IL 60606, Floor 25B
Tel: (312) 727-3506
Fax: (312) 845-8976
E-Mail: Stephen.Mead@att.com

**COUNSEL FOR DEFENDANT
ILLINOIS BELL TELEPHONE COMPANY**