Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sharon Johnson Coleman | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4072 | **DATE** | 11/18/2010 |
| **CASE TITLE** | KENTON SMALLWOOD, et al vs. ILLINOIS BELL TELEPHONE CO. | | |

## DOCKET ENTRY TEXT

Status hearing held. Plaintiffs' motion to file joint stipulation of settlement under seal [114] is granted. Enter Proposed Order of settlement under seal.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

00:09

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|

09C4072 KENTON SMALLWOOD, et al vs. ILLINOIS BELL TELEPHONE CO.

Page 1 of 1