# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KENTON SMALLWOOD, CATHERINE CHRISTENSON, RAHSAAN RENFORD, and BERTHIL IVARSON, individually and on behalf of the Class, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 1:09-cv-4072<br><br><br>District Judge Sharon Johnson Co<br><br>Magistrate Judge Morton Denlow |

## PROPOSED ORDER OF SETTLEMENT UNDER SEAL

This matter is before the Magistrate Judge Denlow on the Parties' motion to file ι seal the Joint Stipulation of Settlement and related exhibits, dated November 16, 2010. motion having been heard on November 18, 2010, the Court hereby grants [Doc# 144].

SO ORDERED, this 18th day of November, 2010.

_____
Honorable Morton Denlow
United States Magistrate Judge

CONSENTED TO:

Timothy C. Selander
Paul J. Lukas
Matthew H. Morgan
Timothy C. Selander
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiffs

Kenneth W. Gage
Stacey Bentley
PAUL, HASTINGS, JANOFSKY &
WALKER LLP
191 North Wacker Drive
Chicago, IL 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6146

Attorneys for Defendant