# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KENTON SMALLWOOD, CATHERINE CHRISTENSEN, RAHSAAN RENFORD, and BERTHIL IVARSON, individually and on behalf of the Class, and others similarly situated,** )<br>)<br>)<br>)<br>)<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**ILLINOIS BELL TELEPHONE COMPANY,** )<br>)<br>**Defendant.** )<br>) | **CASE NO. 1:09-CV-4072**<br><br>**Magistrate Judge Morton Denlow** |

## JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Kenton Smallwood, Catherine Christensen, Rahsaan Renford, and Berthil Ivarson, on behalf of themselves and other Opt-In Plaintiffs (collectively, "Plaintiffs") and on behalf of the Rule 23 Settlement Class, and Defendant Illinois Bell Telephone Company ("Defendant" or "Illinois Bell"), respectfully request that this Court grant their motion for Final Approval of Class Action Settlement. In support of this Motion, the parties submit a memorandum of law and supporting evidentiary materials.

WHEREFORE, Plaintiffs and Defendant request an Order:

(1) granting final approval of the Settlement, finding that it is fair, reasonable, and adequate;

(2) approving the incentive awards, as set forth in the Settlement;

(3) approving Plaintiffs' Motion for an Award of Attorneys' Fees and Costs; and

(4) dismissing the action with prejudice.

Dated: January 11, 2011 By:   */s/ Timothy C. Selander*
        Paul J. Lukas, MN Bar No. 22084X
        Matthew H. Morgan, MN Bar No. 304657
        Timothy C. Selander, MN Bar No. 0387016
        **NICHOLS KASTER, PLLP**
        4600 IDS Center, 80 South 8th Street
        Minneapolis, MN 55402
        Telephone: (612) 256-3200
        Fax: (612) 215-6870

        **WERMAN LAW OFFICE**
        Douglas M. Werman
        Werman Law Office
        77 West Washington, Suite 1402
        Chicago, Illinois 60602
        Telephone: (312) 419-1008

        **Attorneys for Plaintiffs and the Class**


By:   */s/ Kenneth W. Gage*
        Kenneth W. Gage, IL Bar No. 6291335
        **PAUL, HASTINGS, JANOFSKY & WALKER LLP**
        191 North Wacker Drive, 30th Floor
        Chicago, Illinois 60606
        Telephone: (312) 499-6146
        Fax: (312) 499-6146

        Stephen B. Mead
        Senior Attorney
        AT&T Services, Inc.
        225 West Randolph Street
        Chicago, IL 60606, Floor 25B
        Telephone: (312) 727-3506
        Fax: (312) 845-8976

        **Counsel for Defendant Illinois Bell Telephone Company**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that true and correct copies of the **Joint Motion for Final Approval of Class Action Settlement** was served and filed on January 11, 2011 with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following:

**Stacey A. Bentley:** staceybentley@paulhastings.com;
**E. Michelle Drake:** drake@nka.com;
**Kenneth W. Gage:** kennethgage@paulhastings.com;
**Paul J. Lukas:** lukas@nka.com;
**Stephen Boyd Mead:** Stephen.mead@att.com;
**Matthew H. Morgan:** morgan@nka.com;
**Timothy C. Selander:** selander@nka.com; and
**Douglas M. Werman:** dwerman@flsalaw.com.

    s/*Timothy C. Selander*
    Nichols Kaster, PLLP
    4600 IDS Center, 80 South Eighth Street
    Minneapolis, MN 55402
    Tel: (612) 256-3200
    Fax: (612) 215-6870
    Email: selander@nka.com