

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4072 | **DATE** | 1/18/2011 |
| **CASE TITLE** | KENTON SMALLWOOD, et al vs. ILLINOIS BELL TELEPHONE CO. | | |

**DOCKET ENTRY TEXT**

Fairness hering held on 1/18/2011. Joint motion for final approval of class action settlement [125] is granted. Enter order granting joint motion for final approval of class action settlement. Plaintiffs' motion for attorneys' fees and costs [128] is granted. Enter order granting Plaintiffs' motion for attorneys' fees and costs in the amount of $20,971.20. Case is closed.

■ [ For further detail see separate order(s).]       Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | LG |
|---|---|---|