

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KENTON SMALLWOOD, CATHERINE CHRISTENSEN, RAHSAAN RENFORD, and BERTHIL IVARSON, individually and on behalf of the Class, and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ILLINOIS BELL TELEPHONE COMPANY,<br><br>Defendant. | CASE NO. 1:09-CV-4072<br><br>Magistrate Judge Morton Denlow |

## ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

The parties to this action, having entered into a Joint Stipulation of Settlement dated November 18, 2010, and having applied to this Court for preliminary and final approval of the settlement and the terms thereof; this Court having granted preliminary approval of the settlement on November 22, 2010, and having directed notice of the settlement, its terms, and the applicable procedures and schedules to be provided to Settlement Class Members and Named and Opt-In Plaintiffs; this Court having set a final Fairness Hearing for January 18, 2011 to determine whether the Settlement Agreement should be granted final approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, as "fair, adequate and reasonable;" and all class and collective action members having been given an opportunity to comment on the settlement; the Court having reviewed Plaintiffs' Motion for Attorneys' Fees and Costs, Memorandum in Support, and supporting documents,

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to the Settlement Class Members in a reasonable manner and complies with Fed. R. Civ. P. 23(h)(1).

2. Plaintiffs and Settlement Class Members were given the opportunity to object to the requested award in compliance with Fed. R. Civ. P. 23(h)(2). No Plaintiff or Settlement Class Member objected.

3. The requested award of thirty-three and one-third percent (33 ⅓%) of the Settlement is appropriate based on the fee agreement between Class Counsel and the Named Plaintiffs, the market price for legal services, the risk of nonpayment, the normal rate of compensation in the market for similar litigation, and the benefits conferred upon the Plaintiffs and the Settlement Class Members.

4. Class Counsel's litigation costs and expenses were reasonably and necessarily incurred for the benefit of the Plaintiffs and the Settlement Class, and the Court finds that reimbursement is justified.

5. Therefore, Class Counsel are hereby awarded attorneys' fees in the amount of thirty-three and one-third percent (33 ⅓%) of the Settlement as agreed to in the parties' Joint Stipulation of Settlement and reimbursement of costs and expenses in the amount of $20,971.20.

6. The Court retains jurisdiction over this matter for purposes of resolving issues relating to administration, implementation, and enforcement of the Joint Stipulation of Settlement.

It is ORDERED this 18th day of January, 2011.

*Morton Denlow*
Honorable Morton Denlow
United States Magistrate Judge